JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
MONICA MUCCHETTI ENO, State Bar No. 164107
monica@agilityiplaw.com
AGILITY IP LAW
1900 University Circle, Suite 201
East Palo Alto, CA 94303
Telephone: (650) 227-4800
Facsimile: (650) 318-3483

Attorneys for Defendants
UNITED MODULE CORP. and
KERANOS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC. and SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | CASE NO.: CV-10-04241 (JCS) <br><br> **STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

WHEREAS defendant United Module Corp. ("U. Module") acknowledges that it has been served with the Complaint in the above-referenced action, and

WHEREAS, defendant U. Module and Keranos, LLC would like additional time to respond to the Complaint,

Plaintiffs Microchip Technology, Inc. and Silicon Storage Technology, Inc. (collectively "Plaintiffs") hereby agree and STIPULATE, pursuant to Civ. Local Rule 6-1(a), that Defendants U.

---

Module and Keranos, LLC shall have an extension of time until November 12, 2010 to file their responsive pleading to Plaintiff's Complaint.

Dated: October 13, 2010        AGILITY IP LAW

By: /s/ Monica Mucchetti Eno
Monica Mucchetti Eno

Attorneys for Defendants
UNITED MODULE CORP. and KERANOS, LLC

Dated: October 13, 2010        KING & SPALDING LLP

By: /s/ Paul J. Andre
Paul J. Andre

Attorneys for Defendants
MICROCHIP TECHNOLOGY, INC. and SILICON STORAGE TECHNOLOGY, INC.

Dated: 10/14/10

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA