UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICROCHIP TECHNOLOGY, INC., et al., | ) | Case No.: 10-CV-04241-LHK |
| Plaintiffs, | ) ) | ORDER SETTING BRIEFING SCHEDULE IN RELATED CASES |
| v. | ) ) | |
| UNITED MODULE CORP., et al., | ) ) | |
| Defendants. | ) ) | |
| TAIWAN SEMICONDUCTOR MANUF. CO. LTD., et al., | ) ) ) | Case No.: 10-CV-05290-LHK |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED MODULE CORP., et al., | ) ) | |
| Defendants. | ) ) | |
| FREESCALE SEMICONDUCTOR, INC., et al., | ) ) | Case No.: 10-CV-05196-LHK |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED MODULE CORP., et al., | ) ) | |
| Defendants | ) ) | |

In each of these related cases, Defendants have filed motions to dismiss, or in the alternative, to stay or transfer to the Eastern District of Texas. Those motions are set for hearing on March 3, 2011. The Court finds a briefing schedule appropriate. Accordingly, Oppositions are due by Friday, February 4, 2011, and Replies are due by Friday, February 11, 2011. To the extent practicable, Plaintiffs and Defendants in each of the cases should coordinate in order to avoid repetitive briefing before the Court.

**IT IS SO ORDERED.**

Dated: January 13, 2011

LUCY H. KOH
United States District Judge