RECEIVED 2011 FEB 10 P 1:40 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT ND DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED MODULE CORP. and KERANOS LLC,<br><br>Defendant. | CASE NO. C 11-00430 lhk<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Paul A. Gennari , whose business address and telephone number is

Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W.,
Washington, DC 20036-1795, Tel. (202) 429-6413

and who is an active member in good standing of the bar of USDC E.D. Texas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 17, 2011

_____
Honorable Lucy H. Koh
United States District Judge