1  PAUL J. ANDRE (State Bar No. 196585)
   pandre@kslaw.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kslaw.com
3  SEAN BOYLE (State Bar No. 238128)
   sboyle@kslaw.com
4  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
5  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
6  Facsimile: (650) 590-1900

7  *Attorneys for Plaintiffs*
   MICROCHIP TECHNOLOGY INC., SILICON STORAGE TECHNOLOGY, INC.,
8  ANALOG DEVICES, INC., FREESCALE SEMICONDUCTOR, INC., NATIONAL
   SEMICONDUCTOR CORP., TAIWAN SEMICONDUCTOR MANUFACTURING, CO.,
9  LTD., TSMC NORTH AMERICA, UBICOM, INC., SAMSUNG ELECTRONICS CO., LTD.,
   and SAMSUNG SEMICONDUCTOR, INC.

(*Complete List of Counsel and Parties Listed on Signature Page*)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC., and SILICON STORAGE TECHNOLOGY, INC.., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | Case No.: CV10-4241-LHK <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** <br><br> Date: March 3, 2011 <br> Time: 1:30 p.m. <br> Courtroom: Courtroom 4, 5th floor <br> Judge: Hon. Lucy H. Koh <br><br> **DEMAND FOR JURY TRIAL** |
| TAIWAN SEMICONDUCTOR, MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | Case No.: CV10-05290-LHK <br><br> **DEMAND FOR JURY TRIAL** |

| | | |
|---|---|---|
| 1 | FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC., | Case No. CV10-05196-LHK |
| 2 | | DEMAND FOR JURY TRIAL |
| 3 | Plaintiffs, v. | |
| 4 | UNITED MODULE CORP., and KERANOS, LLC, | |
| 5 | | |
| 6 | Defendants. | |
| 7 | SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., | Case No.: CV11-00439-LHK |
|   |   | DEMAND FOR JURY TRIAL |
| 8 | Plaintiffs, v. | |
| 9 | UNITED MODULE CORP., and KERANOS, LLC, | |
| 10 | | |
| 11 | Defendants. | |

1

[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL

CASE NO. CV10-4241-LHK AND RELATED CASES

Plaintiffs Microchip Technology, Inc., Silicon Storage Technology, Inc., Analog Devices, Inc., Freescale Semiconductor, Inc., National Semiconductor Corp., Taiwan Semiconductor Manufacturing Co., Ltd., TSMC North America, Ubicom, Inc., Samsung Electronics Co., Ltd., and Samsung Semiconductor, Inc.,. collectively ("Plaintiffs") filed an Administrative Request to File Documents Under Seal ("Administrative Request"), which was heard before this Court on February 4, 2011.

Upon consideration of this request and the declaration of Truman Fenton filed in support of the Administrative Request, the Court finds there to be good cause for granting Plaintiffs' request to file certain documents and portions of documents under seal.

GOOD CAUSE having been shown, the Court finds that the following documents shall be filed under seal:

- Attachments 1 and 2 of the Declaration of Truman Fenton filed in support of Plaintiffs' Combined Response to Defendants' Motions to Dismiss, Transfer, or Stay, which are documents both entitled "Exclusive License Patent License and Royalty Agreement";

- Attachment 6 of the Declaration of Truman Fenton filed in support of Plaintiffs' Combined Response to Defendants' Motions to Dismiss, Transfer, or Stay, which is a document entitled "Plaintiff Keranos, LLC's Opposition to Motions to Dismiss by Defendants Microchip Technology, Inc., Analog Devices, Inc., Qualcomm, Inc., EM Microelectronics - U.S., Inc., Seiko Epson Corporation, Epson America, Inc. and Vis Micro, Inc." filed under seal on October 12, 2010 in the Eastern District of Texas;

- Portions of Paragraphs 5 and 8 of the Declaration of Truman Fenton filed in support of Plaintiffs' Combined Response to Defendants' Motions to Dismiss, Transfer, or Stay; and

- Portions of Plaintiffs' Combined Response to Defendants' Motions to Dismiss, Transfer, or Stay.

GOOD CAUSE having been shown, the Court finds that the documents or portions of the foregoing documents shall be filed under seal.

IT IS THEREFORE ORDERED that Plaintiffs' Request to File Documents Under Seal is

1 GRANTED.

2 IT IS SO ORDERED.

3

4 DATED: February 18, 2011

5 _____
The Honorable Lucy H. Koh
United States District Judge