| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC. and SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | Related Cases: <br><br> CASE NO.: CV-10-04241-LHK <br><br> CASE NO.: CV-10-05196-LHK <br><br> CASE NO.: CV-10-05290-LHK <br><br> CASE NO.: CV-11-00430-LHK |
| FREESCALE SEMICONDUCOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> Date: March 3, 2011 <br> Time: 1:30 p.m. <br> Courtroom: Courtroom 4, 5th floor <br> Judge: Hon. Lucy H. Koh |

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT'S ADMINISTRATIVE REQUEST TO FILE
DOCUMENTS UNDER SEAL

CASE NO. 10-CV-04241-LHK
AND RELATED CASES

| | |
|---|---|
| 1 | TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | UNITED MODULE CORP., and KERANOS, LLC, |
| 6 | |
| 7 | Defendants. |
| 8 | SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., |
| 9 | |
| 10 | Plaintiffs, |
| 11 | v. |
| 12 | UNITED MODULE CORP., and KERANOS, LLC, |
| 13 | Defendants. |

| | |
|---|---|
| 1 | Now before the Court is Defendant Keranos, LLC's Administrative Request to File |
| 2 | Documents Under Seal. Upon consideration of the motion, and of the supporting declaration of |
| 3 | Theresa E. Norton filed therewith, the Court finds there to be good cause for granting |
| 4 | Defendant's request to file the following documents under seal: (1) Exhibit 20 to the Declaration |
| 5 | of Theresa Norton in Support of Defendant Keranos, LLC's Reply in Support of Motions to |
| 6 | Dismiss ("Norton Decl."); (2) Exhibit 21 to Norton Decl.; (3) Exhibit 22 to Norton Decl.; (4) |
| 7 | Exhibit 23 to Norton Decl.; (5) Exhibit 24 to Norton Decl.; (6) Exhibit 30 to Norton Decl.; (7) |
| 8 | Exhibit 65 to Norton Decl.; (8) Exhibit 66 to Norton Decl.; and (9) Exhibit 72 to Norton Decl. |
| 9 | These documents were filed under seal in the Texas Case, and are appropriately filed under seal |
| 10 | in this action as well. |
| 11 | Defendant Keranos, LLC also seeks to file under seal the entirety of its Reply in this |
| 12 | action. This request is too broad, as a motion to seal documents must be "narrowly tailored to |
| 13 | seek sealing of only sealable material." Civ. Local Rule 79-5(a). Defendant Keranos, LLC's |
| 14 | Reply contains much information that is neither sealable nor confidential. Accordingly, by |
| 15 | Wednesday, February 23, 2011, Defendant is directed to submit: (1) a redacted version of its |
| 16 | Reply that can be filed in the public record pursuant to Civil Local Rule 79-5(c); and (2) a |
| 17 | second motion to file under seal with respect to the confidential version of the Reply. If the |
| 18 | redacted version is narrowly tailored to omit only sealable material, the Court will permit the |
| 19 | confidential version to be filed under seal. |
| 20 | **IT IS SO ORDERED.** |
| 21 | |
| 22 | DATED: February 18, 2011 |
| 23 | *Lucy H. Koh*<br>The Honorable Lucy H. Koh<br>United States District Court Judge |