JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
MONICA MUCCHETTI ENO, State Bar No. 164107
monica@agilityiplaw.com
THERESA E. NORTON, State Bar No. 193530
tess@agilityiplaw.com
AGILITY IP LAW
1900 University Circle, Suite 201
East Palo Alto, CA 94303
Telephone: (650) 227-4800
Facsimile: (650) 318-3483

Attorneys for Defendant
KERANOS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC. and SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | Related Cases: <br><br> CASE NO.: CV-10-04241-LHK <br><br> CASE NO.: CV-10-05196-LHK <br><br> CASE NO.: CV-10-05290-LHK <br><br> CASE NO.: CV-11-00430-LHK |
| FREESCALE SEMICONDUCOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | [~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST TO FILE PORTIONS OF DOCUMENT UNDER SEAL** <br><br> Date: March 3, 2011 <br> Time: 1:30 p.m. <br> Courtroom: Courtroom 4, 5th floor <br> Judge: Hon. Lucy H. Koh |

| | |
|---|---|
| 1 | TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | UNITED MODULE CORP., and KERANOS, LLC, |
| 6 | |
| 7 | Defendants. |
| 8 | SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., |
| 9 | |
| 10 | Plaintiffs, |
| 11 | v. |
| 12 | UNITED MODULE CORP., and KERANOS, LLC, |
| 13 | Defendants. |

1       Now before the Court is Defendant Keranos, LLC's ("Defendant") Administrative Request to File Portions of Document Under Seal. Upon consideration of the motion, and of the supporting declaration of Theresa E. Norton filed therewith, the Court finds there to be good cause for granting Defendant's request to file under seal.

      GOOD CAUSE having been shown, the Court finds that:

1. Defendant possesses overriding confidentiality interests that overcome the right of public access to the record to the following portions of Defendant Keranos, LLC's Reply in Support of Motions to Dismiss: page 7, lines 18-26, and footnote 3 on page 7.
2. Defendant's overriding confidentiality interests support sealing the record;
3. A substantial probability exists that Defendant's overriding confidentiality interests will be prejudiced if the record is not sealed;
4. The proposed sealing is narrowly tailored; and
5. No less restrictive means exist to achieve this overriding interest.

      IT IS THEREFORE ORDERED that Defendant Keranos, LLC's Administrative Request to File Portions of Document Under Seal is GRANTED.

**IT IS SO ORDERED.**

DATED:   February 28, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge