1  DAVID L. WITCOFF (IL State Bar No. 6183629)
   dlwitcoff@jonesday.com
2  JONES DAY
   77 West Wacker
3  Chicago, Illinois 60601
   Telephone: 312-269-4259
4  Facsimile: 312-782-8585

5  Attorneys for Plaintiff,
   FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC., and SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-4241-LHK** <br><br> **REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY AT THE MARCH 3, 2011 CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS TO DISMISS** <br><br> Date: March 3, 2011 <br> Time: 1:30 p.m. <br> Courtroom: Courtroom 4, 5th Floor <br> Judge: Hon. Lucy H. Koh |
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., <br><br> Plaintiffs, <br><br> v. " <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-05290-LHK** |

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-05196-LHK** |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 11-CV-00430-PSG** |

STIP. & [P~~ROP~~] ORDER TO PERMIT COUNSEL TO APPEAR BY TELEPHONE CONFERENCE

Case No. 10-CV-4241-LHK and Related Cases

A hearing on Defendants' motions to dismiss and case management conference for the above-referenced cases is scheduled to take place on March 3, 2011. King & Spalding, the lead trial counsel for all the plaintiffs in the above-referenced matters, will be attending the case management conference in person. Co-counsel for Freescale Semiconductor, Inc., David L. Witcoff of Jones Day, who has made an appearance in this case and will be located in Chicago at the time of the hearing, makes this application to attend the hearing and case management conference telephonically. In compliance with Local Rule 16-10, Mr. Witcoff respectfully makes this request to appear telephonically on March 3, 2011.

Dated: February 23, 2011

Respectfully submitted,

By    /s/ David L. Witcoff
DAVID WITCOFF
dlwitcoff@joneseday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Tel: 312-269-4259
Fax: 312-782-8585

Attorneys for Plaintiff,
FREESCALE SEMICONDUCTOR, INC..

**IT IS SO ORDERED.**

Dated: __March 2, 2011

_____
Honorable Lucy H. Koh
United States District Judge

SVI-90157v1

1