1  PAUL J. ANDRE (State Bar No. 196585)
   pandre@kslaw.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kslaw.com
3  SEAN BOYLE (State Bar No. 238128)
   sboyle@kslaw.com
4  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
5  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
6  Facsimile: (650) 590-1900

7  Attorneys for Plaintiffs
   MICROCHIP TECHNOLOGY, INC., SILICON STORAGE TECHNOLOGY, INC.,
8  ANALOG DEVICES, INC., FREESCALE SEMICONDUCTOR, INC., NATIONAL
   SEMICONDUCTOR CORP., TAIWAN SEMICONDUCTOR MANUFACTURING, CO.,
9  LTD., TSMC NORTH AMERICA, UBICOM, INC., SAMSUNG ELECTRONICS CO., LTD.,
   and SAMSUNG SEMICONDUCTOR, INC.
10
   JAMES C. OTTESON (State Bar No. 157781)
11 jim@agilityiplaw.com
   MONICA MUCCHETTI ENO (State Bar No. 164107)
12 monica@agilityiplaw.com
   AGILITY IP LAW, LLP
13 1900 University Circle, Suite 201
   East Palo Alto, CA 94303
14 Telephone: (650) 227-4800
   Facsimile: (650) 318-3483
15
   Attorneys for Defendants
16 KERANOS LLC and UNITED MODULE CORPORATION

17

18                   **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA**

20                            **SAN JOSE DIVISION**

21 | MICROCHIP TECHNOLOGY INC., and | Case No.: 10-CV-4241-LHK
   | SILICON STORAGE TECHNOLOGY, INC., | and Related Cases:
22 |
   |                                | Case No.: 10-CV-5290-LHK
23 |        Plaintiffs,             | Case No.: 10-CV-5196-LHK
   |   v.                           | Case No.: 11-CV-0430-LHK
24 |
   | UNITED MODULE CORP., and KERANOS, | **STIPULATION AND [PROPOSED]**
25 | LLC                            | **ORDER REGARDING EXTENSION OF**
   |                                | **STAY FOR MEDIATION**
26 |        Defendants.             |
   |                                | **DEMAND FOR JURY TRIAL**
27

28

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED MODULE CORP., and KERANOS, LLC,<br>        Defendants. | Case No.: 10-CV-5290-LHK<br><br>**DEMAND FOR JURY TRIAL** |
| FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED MODULE CORP., and KERANOS, LLC,<br>        Defendants. | Case No.: 10-CV-5196-LHK<br><br>**DEMAND FOR JURY TRIAL** |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED MODULE CORP., and KERANOS, LLC,<br>        Defendants. | Case No.: 11-CV-0430-LHK<br><br>**DEMAND FOR JURY TRIAL** |

WHEREAS Plaintiffs Microchip Technology, Inc.; Silicon Storage Technology, Inc., Taiwan Semiconductor Manufacturing Co., Ltd., TSMC North America; Ubicom, Inc., Freescale Semiconductor, Inc., National Semiconductor Corp., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Analog Devices, Inc. (herein "Declaratory Judgment Plaintiffs) and Defendants Keranos, LLC and United Module Corp. (herein "Declaratory Judgment Defendants) (collectively "Parties") stipulated and agreed to participate in court-appointed mediation for the purpose of trying to resolve the four above-referenced related cases as well as the claims brought

by and/or against them in *Keranos v. Analog Devices, Inc. et al.*, Civ. Action No. 2:10-cv-207, that is pending in the Eastern District of Texas (Dkt. # 67);

WHEREAS the Parties stipulated and agreed to participate in this mediation before June 6, 2011 (Dkt. # 67);

WHEREAS the Court ordered the Parties to complete mediation on or before June 3, 2011 (Dkt. # 69);

WHEREAS the Court ordered the Parties to file a stipulation of dismissal, or to notify the Court that the cases did not settle, on or before June 6, 2011 (Dkt. # 69);

WHEREAS the Court stayed the cases until June 6, 2011 (Dkt. # 69);

WHEREAS scheduling the mediation involved coordinating the schedules of the mediator and representatives of more than ten parties, and for that reason the Parties and mediator could not reach a mutually agreed date for the mediation before June 3, 2011;

WHEREAS, the Parties and mediator have agreed to schedule the mediation for June 6, 2011 and to consider June 7, 2011 as an additional date if appropriate.

The Parties hereby STIPULATE AND AGREE that:

1. The current stay of the above-captioned cases is extended until June 8, 2011;

2. Declaratory Judgment Plaintiffs and Declaratory Judgment Defendants agree to participate in court-appointed mediation for the purpose of resolving the four above-referenced related cases as well as the claims brought by and/or against them in *Keranos v. Analog Devices, Inc. et al.*, Civ. Action No. 2:10-cv-207, that is pending in the Eastern District of Texas;

3. Declaratory Judgment Plaintiffs and Declaratory Judgment Defendants agree to participate in this mediation on or before June 7, 2011; and

4. Declaratory Judgment Plaintiffs and Declaratory Judgment Defendants agree to file with the Court a stipulation of dismissal, or to notify the Court that the cases did not settle, on or before June 8, 2011.

Dated: May 2, 2011

AGILITY IP LAW, LLP

By: /s/ Monica Mucchetti Eno
Monica Mucchetti Eno

Attorneys for Defendants
UNITED MODULE CORP., and
KERANOS, LLC

Dated: May 2, 2011

KING & SPALDING, LLP

By: /s/ Jeffrey D. Mills
Jeffrey D. Mills

Attorneys for Plaintiffs
MICROCHIP TECHNOLOGY, INC. and SILICON STORAGE TECHNOLOGY, INC., FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC.; TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC.; SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC.

## ORDER

Pursuant to the parties' joint stipulation, the parties are ordered to complete mediation with a Court ADR Program mediator on or before June 7, 2011. On or before June 8, 2011, the parties shall file a stipulation of dismissal, or notify the Court that the cases did not settle.

These cases are stayed until June 8, 2011.

**IT IS SO ORDERED.**

Dated: May 3, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge